# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0612, A25A0613.  IN THE INTEREST OF B. D. A. et al., children.**

We granted these applications for interlocutory appeal to review the trial court's order denying motions to dismiss filed by appellants, Sarah Koeppen and The Hope Box, Inc. Upon further review of the briefs, record, and applicable law, we conclude that the applications were improvidently granted. Accordingly, it is ordered that these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/12/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*